UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

E.A.D.G., a minor by and through Rebecca Popuch., as Next Friend of Minor,

Petitioner,

vs.

TROY MCNAIR, Residential Director of Rancho San Antonio; LILIANA RENTERIA, Federal Field Specialist, Office of Refugee Resettlement; NIKY HYMEL, Federal Field Specialist Supervisor, Office of Refugee Resettlement; ALEX J. ADAMS, Assistant Secretary of the Administration for Children and Families; ANGIE SALAZAR, Acting Director of the Office of Refugee Resettlement; and ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Service,

Respondents.

Case No. 2:26-cv-07706-PA (AS)

**[~~PROPOSED~~] ORDER GRANTING PETITION FOR APPOINTMENT OF REBECCA POPUCH AS GUARDIAN AD LITEM FOR PETITIONER E.A.D.G.**

Petition Filed: July 16, 2026

# [PROPOSED] ORDER

Currently before the Court is Petitioner's Petition for the Appointment of Rebecca Popuch as Guardian Ad Litem and the Declaration of Rebecca Popuch in support thereof.

After full consideration of the papers, the evidence, and the argument of counsel, the Court rules as follows:

Rebecca Popuch is an attorney with substantial experience in children's immigration matters who represents Petitioner as his immigration counsel. She is willing to serve as Petitioner's guardian ad litem in his petition for habeas corpus and upon her own declaration does not have any conflicts of interest with Petitioner, is dedicated to Petitioner's best interests and is hereby appointed Petitioner E.A.D.G.'s guardian ad litem.

The Petition is **GRANTED**.

IT IS SO ORDERED.

Dated: July 17, 2026

/ s / Sagar
Hon. Alka Sagar
United States Magistrate Judge