**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

E.A.D.G., a minor by and through Rebecca Popuch., as Next Friend of Minor,

Petitioner,

vs.

TROY MCNAIR, Residential Director of Rancho San Antonio; LILIANA RENTERIA, Federal Field Specialist, Office of Refugee Resettlement; NIKY HYMEL, Federal Field Specialist Supervisor, Office of Refugee Resettlement; ALEX J. ADAMS, Assistant Secretary of the Administration for Children and Families; ANGIE SALAZAR, Acting Director of the Office of Refugee Resettlement; and ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Service,

Respondents.

Case No. 2:26-cv-07706-PA (AS)

**[~~PROPOSED~~] ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED UNDER PSEUDONYM AND FILE PETITION FOR WRIT OF HABEAS CORPUS UNDER SEAL**

Petition Filed: July 16, 2026

**[~~PROPOSED~~] ORDER**

Currently before the Court is Petitioner's Application to Proceed Under Pseudonym and File Petition for Writ of Habeas Corpus Under Seal.

After full consideration of the papers, the evidence, and the argument of counsel, the Court rules as follows:

Petitioner may proceed under pseudonym because his significant interest in his privacy outweighs the public interest in access to the unaccompanied child's identity. The Court also finds that Respondents will not be prejudiced by proceeding under pseudonym because they are already aware of Petitioner's identity. Petitioner's mother may be referred to by her initials alone in order further to safeguard Petitioner's identity.

Petitioner has provided compelling reasons for filing his petition for writ of habeas corpus wholly under seal because it contains sensitive information about an immigrant child, including the location of his detention, specific details about his immigration status and Office of Refugee Resettlement sponsorship process, and information from his Office of Refugee Resettlement records including health records.

Petitioner's application to proceed under pseudonym and Petitioner's application to file Petition for writ of habeas corpus under seal is GRANTED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: July 21, 2026

/ s / Sagar
Hon. Alka Sagar
United States Magistrate Judge