FILED
CLERK, U.S. DISTRICT COURT
07/24/26
CENTRAL DISTRICT OF CALIFORNIA
BY: AF DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
7/23/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ANG DEPTUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.A.D.G.,<br><br>Petitioner,<br><br>v.<br><br>TROY MCNAIR, *et al.*,<br><br>Respondents. | ~~**FILED UNDER SEAL**~~<br><br>No. 2:26-cv-07706-PA-AS<br><br>[~~PROPOSED~~] **ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PETITION**<br><br>Honorable Percy Anderson<br>United States District Judge |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

E.A.D.G.,

Petitioner,

v.

TROY MCNAIR, *et al.*,

Respondents.

~~**FILED UNDER SEAL**~~

No. 2:26-cv-07706-PA-AS

[~~PROPOSED~~] **ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PETITION**

Honorable Percy Anderson
United States District Judge

Upon consideration of Respondents' *Ex Parte* Application and declaration in support thereof, the Application is GRANTED.

IT IS HEREBY ORDERED that the deadline to answer has been extended from July 24, 2026 through and including July 28, 2026.

Dated: July 24, 2026

/ s / Sagar

Honorable Alka Sagar
United States Magistrate Judge