UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | CV 26-7706-AS | Date | August 12, 2026 |
| Title | E.A.D.G., a minor v. Tony McNair, et. al., | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| | |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| N/A | N/A |

**Proceedings (In Chambers):** **ORDER DIRECTING REPRESENTATIVE FROM OFFICE OF REFUGEE RESETTLEMENT TO APPEAR AT STATUS CONFERENCE**

On August 11, 2026, the Court issued an order setting a status conference in this matter for August 14, 2026, at 1:00 pm. (Dkt. No. 25). In addition to counsel of record, the Court ORDERS Respondents to have a representative from the Office of Refugee Resettlement who is familiar with this case and the status of the sponsorship application filed by H.Y.G.I and A.C.G. appear at the status conference which will held via the Zoom platform. Login information will be emailed to the parties.

IT IS SO ORDERED.

| | | | |
|---|---|---|---|
| | 0 | : | 00 |
| Initials of Preparer | AF | | |