JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.A.D.G., by and through REBECCA POPUCH, Petitioner, v. TROY MCNAIR, et al., Respondents. | NO. CV 26-7706-AS **JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

The Petition is DENIED as moot.

DATED: August 31, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE